1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEMLER RESEARCH CENTER PRIVATE LIMITED, an Indian Corp., <br><br>Plaintiff, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>Defendant. | No. CV 18-00534 CBM (AFMx) <br><br>**ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS [65]** |

1 IT IS SO ORDERED that the hearing date in this matter shall be continued
2 from April 16, 2019 until **May 28, 2019** at 10:00 a.m. for the reasons set forth in
3 the parties' stipulation.

Dated: March 19, 2019

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants United States
and Federal Agency Defendants