NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
DANIEL O. BLAU (Cal. Bar No. 305008)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0165
    Facsimile: (213) 894-7819
    E-mail: Daniel.Blau@usdoj.gov

Attorneys for Defendants Azar, Sharpless,[1]
FDA, HHS, and United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEMLER RESEARCH CENTER PRIVATE LIMITED, an Indian Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>    Defendants. | No. CV 18-00534 CBM (AFMx)<br><br>**STATEMENT OF CITATIONS**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

---

[1] Norman E. Sharpless, M.D., became Acting Commissioner of Food and Drugs on the afternoon of April 5, 2019. Pursuant to Fed. R. Civ. P. 25(d), he is substituted for Scott Gottlieb, M.D.

As requested by the Court, below are full citations for the two recent decisions referenced by counsel for the individual defendants during oral argument held May 28, 2019.

1. *Rodriguez v. Swartz*, 899 F.3d 719 (9th Cir. 2018), *petition for cert. filed*, 2018 U.S. S. Ct. Briefs LEXIS 3314 (U.S. Sept. 7, 2018) (No. 18-309);

2. *Lanuza v. Love*, 899 F.3d 1019 (9th Cir. 2018).

Dated: May 28, 2019                              Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

            /s/
DANIEL BLAU
Assistant United States Attorney

Attorneys for Defendants Azar, Sharpless, FDA, HHS, and United States